UNITED STATES OF AMERICA
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IMAD HERMEZ** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No2:06 CV 12543 |
| | ) Hon. Lawrence Zatkoff |
| Vs- | ) |
| | ) |
| **BALLY TOTAL FITNESS CORPORATION,** | ) |
| a Delaware Corporation | ) |
| | ) |
| Defendant. | ) |

_____/
LORELLI & MILOSEVICH
By: Vincent Lorelli (P-47007)
Attorney for Plaintiff
7031 Orchard Lake Rd, Ste 302
West Bloomfield, MI 48322
 (248) 538-9696

Paul Koczkur
Attorney for Defendant
1000 First National Building
Detroit, MI 48226-35112
313-964-0110
  _____/

### STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

At a session of said Court held in the City-of

Port Huron, County of St. Clair, on August 9, 2006


**Present**:    Honorable LAWRENCE ZATKOFF
            U. S. District Court Judge

This matter having come before the Court on the parties' stipulation and the court being fully informed of the following:

1. That this matter is before this Court on the basis of diversity jurisdiction;

2. That the real defendant in interest as averred by the defendant is Bally's Total Fitness International, Inc which is a Michigan corporation;

3. That because the real defendant is a Michigan corporation, diversity jurisdiction is lacking,

4. That the parties have agreed to dismiss this action without prejudice based on the lack of diversity jurisdiction and

5. That it is the plaintiff's expressed intention of having the matter re-filed in state court,

**IT IS HEREBY ORDERED** that this matter be dismissed without prejudice based on the lack of diversity jurisdiction.

                                                s/Lawrence P. Zatkoff
                                                Honorable Lawrence Zatkoff

*I hereby stipulate to the entry of this order:*

/s Vincent Lorelli                        /s Paul Koczkur